

RUSS DARROW LEASING CO., INC.
W133 N8569 Executive Pkwy.
Menomonee Falls, Wisconsin 53051
262-250-9600
**1-800-501-9786**
russdarrowleasing.com

Writers Direct Dial: 262-532-2016
nicole.pieper@russdarrow.com

JAN 2 0 2015

January 15, 2015

United States Bankruptcy Court
Southern District of Florida
51 SW 1st Avenue, Room 1510
Miami, FL  33130

        Re:    Case No.:    14-10951
                 Debtor:     Rafael Mir

Dear Clerk:

This will confirm that the above debtor filed bankruptcy on January 15, 2014. We received the Notice of Bankruptcy filing on or about January 23, 2014. On January 24, 2014 I filled out the Proof of Claim for the secured loan balance of $28,308 with an interest rate of 14.9% and an arrearage of $3084.44 made up of past due payments before the filing of the proceeding. I attached to the Proof of Claim a copy of the contract and a copy of the title showing RD LSG as a secured lienholder.

After reviewing the Pacer Account log on this matter, Russ Darrow does not appear in the Claims Register, nor have we received any payments on the account. This secured tractor loan is how the debtor earns a living and how the Chapter 13 plan gets paid on a monthly basis. I would respectfully request that you allow this Secured filing.

If you have any questions, please feel free to contact me.

Very truly yours,

Nicole M. Pieper
Corporate Paralegal

:nmp
Enclosure

cc:    Nancy K. Neidich, Standing Trustee
       Robert Sanchez, Attorney for Debtor

*Leasing all Makes and Models of Vehicles and Equipment*