UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:    Rafael Mir    Case No. 14-10951-LMI
                       Chapter 13

_____Debtor(s)/

## MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATE OF FUNDS

COMES NOW the Debtor, Rafael Mir, by and through his undersigned counsel and file this Motion to Reinstate Chapter 13 Case and as grounds therefore state the following:

1. On January 15, 2014 the debtor filed a Chapter 13 bankruptcy case.
2. On August 11, 2014 the debtor's Second Amended Plan was confirmed [ECF#64].
3. On March 6, 2015 debtor's case was dismissed for Failure by Debtor(s) to Remain Current in Plan Payments [ECF #73].
3. Debtor has provided undersigned counsel with funds in the form of a cashier's check that brings him current with his Chapter 13 plan as of the date of the instant motion.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting Debtor's Motion to Reinstate Chapter 13 Case.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this 9th day of April 2015 a true and correct copy of the foregoing was sent via CM/ECF to Chapter 13 Trustee, Nancy Neidich, Trustee and to all creditors on the service list via first class mail.

Robert Sanchez, Esq.
355 West 49th St
Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161

1