UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Rafael Mir                                                     Case No. 14-10951-LMI
                                                                        Chapter 13

_____Debtor(s)/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Reinstate Chapter 13 Case and Certificate of Funds and Notice of Hearing was sent to all interested parties on April 9, 2015 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq.,
   FBN#0442161

```
ADM                              Capital Management Services,   Capital One
15950 North Dallas P{kwy         LP                              POB 30281
Ste400                           726 Exchange Street             Salt Lake City, UT 84130-0281
Dallas, TX 75248                 Suite 700
                                 Buffalo, NY 14210


Carrington Mortgage Services     Citi                            Citi Card
PO Box 5933                      P.O. BOX 182564                 POB 183041
Troy, MI 48007-5933              Columbus, OH 43218-2564         Columbus, OH 43218-3041



Consumer Service Department      Discover                        El Dorado
P.O. Box 2644                    POB 15156                       P.O. BOX 9328
Grand Rapids, MI 49501           Wilmington, DE 19886-1002       Des Moines, IA 50306



GE Capital Retail Bank           GE Capital Retail Bank          GE Capital Retail Bank
POB 530942                       PO BOX 960061                   PO BOX  965004
Atlanta, GA 30353                Orlando, FL 32896-0061          Hollywood, FL 33023-2018



Home Depot                       Juniper                         Kohl's
Processing Center                POB 13337                       P.O. BOX 2983
Des Moines, IA 50364-0500        Philadelphia, PA 19101-3337     Milwaukee, WI 53201-2983



Macy's                           nes                             Russ Darrow Leasing Co, Inc.
P.O. BOX 8218                    15950 North Dallas P{kwy        W133 N8569 Executive Pkwy
Mason, OH 45040-8218             Ste400                          Menomonee Falls, WI 53051
                                 Dallas, TX 75248


Wells Fargo
9401 Harding Avenue
Miami Beach, FL 33154
```