

**ORDERED in the Southern District of Florida on May 6, 2015.**

                                      **Laurel M. Isicoff, Judge**
                                      **United States Bankruptcy Court**

_____

```
               UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
IN RE:

RAFAEL MIR                                CASE NO: 14-10951-BKC-LMI


             DEBTOR(S)
_____/
            ORDER REINSTATING CHAPTER 13 CASE
     This matter came to be heard on  May 5, 2015      , on the
debtor's motion to reinstate case.  The court, if applicable, has
entered an order reopening the case and the debtor has paid all
required reopening fees.  Base on the record, it is

          ORDERED as follows:

     1) The motion is granted and this case is REINSTATED.  Pursuant
to 11 U.S.C. ss. 362(c)(2)(B), the automatic stay termininated on the
date this case was dismissed and was not in effect from that date until
the entry of this order.
     2) The Trustee's Final Report, if any filed, is deemed withdrawn
and the Order Discharging Trustee, if entered, is deemed vacated.

     3) The following checked provisions(s) also apply:

[ ] This case was dismissed prior to the conclusion of the meeting of
    creditors, under 11 U.S.C. ss341.  A new ss341 meeting of creditors
    and confirmation hearing shall be set and noticed to all parties of
    record by the Clerk of Court.  The notice shall also establish a new
    deadline to file a proof of claim and deadline to file a motion
    objecting to discharge under ss1328(f) or to file a complaint
    objecting to dischargeability of certain debts.
                              Page 1 of 2
LF-66 (rev 04/12/2013)
```

[ ] This case was dismissed after the ss. 341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further ss. 341 meeting will be conducted on            at            at 51 SW First Avenue, Room 102, Miami FL. A new confirmation hearing is scheduled for            at            in Courtroom 8 at 301 N Miami Ave, Miami, FL. The deadline to file a motion objecting to discharge under ss 1328 (f) or to file a complaint objecting to dischargeability of certain debts, is            . The deadline for filing claims (except for governmental units) is            . Previously filed claims need not be refiled.

[ ] This case was dismissed after the ss. 341 meeting of creditors was conducted and afer the expiration of the deadline to file a motion objecting to discharge under ss.1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further ss.341 meeting will be conducted on            at            51 SW First Avenue, Room 102, Miami, Florida. A new confirmation hearing is scheduled for            at            in Courtroom 8 at 301 N Miami Ave, Miami, FL.

[X] This case was dismissed after the ss. 341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeabilaity of certain debts and the original claims bar date. No new ss. 341 meeting, confirmation hearing, or dedalines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to adminstrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

Copies to:
All parties of record by the Clerk of Court